IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| DANIELLE MALMQUIST | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 15-cv-2120-STA-tmp |
| JERRY STOKES, Tennessee Circuit Court Judge, | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS & RECOMMENDATIONS**

Before the Court are the United States Magistrate Judge's two Reports and Recommendations: one recommending that the Plaintiff's Motion for Entry of Default be denied (ECF No. 18), and the other recommending that the Defendant's Motion to Dismiss be granted. (ECF No. 19). The Magistrate Judge entered both on June 9, 2015. Each Report and Recommendation clearly states that "failure to file objections within fourteen (14) days may constitute a waiver of objections, exceptions, and further appeal." Thus, objections were due on or before June 23, 2015. Neither party has filed objections within the time permitted.

Having reviewed each Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** each Report and Recommendation. The Plaintiff's Motion for Entry of Default is **DENIED**, and the Defendant's Motion to Dismiss is **GRANTED**. The Plaintiff's claims are therefore **DISMISSED**.

IT IS SO ORDERED.

s/ S. Thomas Anderson
HON. S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT
Date: July 1, 2015